Form omddue

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602–1003

*In Re:* Patrick R Ford
*Debtor*

*Case No.:* 09–82509

*Chapter:* 7

## ORDER AND DEFICIENCY NOTICE

FAILURE TO FILE THE REQUIRED DOCUMENTS WITHIN THE SPECIFIED TIME
WILL RESULT IN DISMISSAL OF THIS CASE

A petition was filed in the above named case on 8/10/09 . The documents and/or information listed below were not filed with the petition as required. The following documents **must be filed on the most current Official form(s) within 15 days, on 8/26/09 , or the case will be dismissed without further notice.** Current *Official forms* may be obtained at www.ilcb.uscourts.gov. Click on *Forms*.

**Missing Documents and/or Information:**

- ☐ Official form 1, Exhibit D (required for each debtor in a joint case)
- ☑ Statement of Financial Affairs
- ☐ Summary of Schedules
- ☐ Statistical Summary of Certain Liabilities
- ☐ Schedule A
- ☐ Schedule B
- ☐ Schedule C
- ☐ Schedule D
- ☐ Schedule E
- ☐ Schedule F
- ☐ Schedule G
- ☐ Schedule H
- ☑ Schedule I
- ☑ Schedule J
- ☐ Schedules A–J
- ☐ Declaration Concerning Schedules
- ☐ Statement of Intention **(12/08 form required)**
- ☐ Disclosure of Attorney Compensation
- ☐ Appl. for Attorney Compensation
- ☐ Chapter 13 Plan
- ☐ Equity Security Holder List
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Balance Sheet (Ch 11 SB only)
- ☐ Stmt. of Operations (Ch 11 SB only)

- ☐ Cash Flow Statement (Ch 11 SB only)
- ☐ Federal Income Tax Return (Ch 11 SB only)
- ☐ Schedule of Income and Expenditures (Corporate Debtor)
- ☐ Application for Waiver of Chapter 7 Filing Fee required
- ☐ Ch 11 Statement of Current Monthly Income (Must be filed on Official form 22B)
- ☐ Ch 13 Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income (Must be filed on Official form 22C)
- ☑ Ch 7 Statement of Current Monthly Income and Means Test Calculation (Must be filed on Official form 22A)**(12/08 form required)**
- ☐ Declaration of Exemption from Means Test (Local Form. Go to *www.ilcb.uscourts.gov* . Click on Forms. Must be signed by both joint debtors, if any.)
- ☐ Disclosure of Corporate Ownership Statement pursuant to B.R. 1007(1)

**Dated:** 8/11/09

/S/
Thomas L. Perkins
U.S. Bankruptcy Judge

# GENERAL INFORMATION RE: FILING REQUIREMENTS

*INFORMATION:*

Visit our website at *www.ilcb.uscourts.gov* for more information.

Go to *www.ilcb.uscourts.gov* for information regarding this court's **mandatory** electronic filing policy.

*OFFICIAL FORMS ARE REQUIRED*

Official forms may be obtained at *www.ilcb.uscourts.gov* or a local stationary store. If documents were originally filed on outdated or unofficial forms, refile said documents on official forms. Electronic filers call the court for directions.

*SCHEDULE OF POST PETITION DEBTS:*

Must be filed if only to state "none". Post petition debts filed in the form of an amendment to the liability schedules will **not** satisfy this requirement.

*SCHEDULE OF POST PETITION PROPERTY:*

Must be filed if only to state "none".

*SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS:*

Must be filed if only to state "none".

*DEBTOR'S STATEMENT OF INTENTION re: consumer debts secured by personal property:*

It is the responsibility of the debtor's attorney (debtor, if pro se) to file and serve Statement of Intention on or before the 341(a) meeting date.